# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James P. Shannon, | Civ. No. 18-1294 (WMW/BRT) |
| Petitioner, | |
| v. | **Order** |
| Eddie Miles, Jr., | |
| Respondent. | |

On October 22, 2018, Petitioner filed a motion to appoint counsel in the above-captioned matter. (Doc. No. 5.) This matter, however, was administratively closed on May 29, 2018. (*See* Doc. No. 3.) Therefore, Petitioner's motion (Doc. No. 5) is **DENIED**. If Petitioner intended to file this motion in his case that is currently pending, *Shannon v. Minn. Dep't of Corr., et al.*, Case No. 18-cv-646 (WMW/LIB), he should change the caption on his motion to reflect the correct parties and case number and re-file the motion in that case.

Date: October 24, 2018.

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge